UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Jose Angel SOLIS CISNEROS, | Case No.:  26-cv-3843-AGS-DEB |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| v. | |
| Christopher LaROSE, et al., | |
| Respondents. | |

Petitioner Jose Angel Solis Cisneros seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 7, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a hearing by August 4, 2026.

Upon the petitioner's request for a continuance, the immigration judge may grant reasonable extensions of that deadline. In addition, within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated:  July 21, 2026

Hon. Andrew G. Schopler
United States District Judge

1